UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY

IN RE:

Ron Johnson                                          Case No. 10-34801
                                                     Chapter 13

            Debtor(s)

## ORDER

This matter having come before the court upon the motion of the debtor, and the court being otherwise sufficiently advised:

IT IS HEREBY ORDERED that the order dismissing entered herein on October 25, 2010 be, and hereby is SET ASIDE and this case is hereby REINSTATED.

_____
Joan A. Lloyd
United States Bankruptcy Judge
Dated: October 26, 2010

Tendered by:
James K. Stayton
The Republic Building, Suite 1000
429 West Muhammad Ali Boulevard
Louisville, Kentucky 40202
Phone: (502) 585-5970  Fax: (502) 584-0439